(DF)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
DPM, LTD. DEFINED BENEFIT PENSION         :
PLAN,                                      :
                                           :
                          Plaintiff,       :
                                           :
              v.                           :
                                           :
AMERICAN HOME MORTGAGE                     :
INVESTMENT CORP., CITICORP GLOBAL          :
MARKET INC., MICHAEL STRAUSS,              :
STEPHEN A. HOZIE, ROBERT                   :
BERNSTEIN, JOHN A. JOHNSTON,               :
MICHAEL A. MCMANUS, C. CATHLEEN            :
RAFFAELI, NICHOLAS R. MARFINO,             :
KENNETH P. SLOSSER, IRVING J. THAU,        :
KRISTIAN R. SALOVAARA.,                    :
                                           :
                          Defendants.      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

10 Civ. 1296 (TCP) (AKT)

ECF Case

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y

★    JUN 19 2012    ★

LONG ISLAND OFFICE

## NOTICE OF DISMISSAL WITH PREJUDICE

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff DPM, Ltd. Defined Benefit Pension Plan, by and through its undersigned counsel, hereby voluntarily dismisses all claims asserted in the above-captioned action against all defendants. Defendants have not yet served answers or moved for summary judgment in this action. The claims and the entire action are hereby **DISMISSED WITH PREJUDICE**, with all parties to bear their own costs.

Dated:  June 15, 2012

Respectfully submitted,

**MURRAY & MURRAY CO., L.P.A.**

So Ordered. 6/19/12

Thomas C. Platt, U.S.D.J.

By:     Dennis E. Murray, Sr.
111 East Shoreline Drive
Sandusky, Ohio 44870-2517
Tel:    (419) 624-3000
Fax:    (419) 624-0707

*Counsel for Plaintiff DPM, Ltd. Defined Benefit Pension Plan*